IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUANZA F. CURTISS,<br><br>      Plaintiff,<br><br>    v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS and SUSAN ROBERSON, Supervisor of the Sentence Computation Unit of the State of Georgia Department of Corrections,<br><br>      Defendants. | CIVIL ACTION FILE<br>NO. 1:11-CV-1056-SCJ |

**O R D E R**

This action is before the Court on Defendants' Motion to Dismiss [Doc. No. 3]. Since April 13, 2011, the date such motion was filed, plaintiff has not responded to or otherwise opposed such motion. Accordingly, since such motion is apparently supported by both law and evidence, and since there is no opposition thereto, see U.S. Dist. Ct. N.D. Ga. Local R. 7.1(B) ("[f]ailure to file a response [to a motion] shall indicate that there is no opposition to the motion"), the Court hereby **GRANT**S Defendants' Motion to Dismiss **AS UNOPPOSED**. Plaintiff's complaint is **DISMISSED** with prejudice. Defendants' Motion to Stay Proceedings [Doc. No. 4] and Defendants' Motion to Consolidate [Doc. No. 5] are **DENIED AS MOOT.**

IT IS SO ORDERED, this 2nd day of June, 2011.

                                              s/Steve C. Jones
                                              STEVE C. JONES
                                              UNITED STATES DISTRICT JUDGE